JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DAISY SHIM, San Bernardino County District Attorney,<br><br>　　　　Respondent. | No. 5:20-cv-02342-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 15, 2021

*/s/ Gary Klausner*

R. GARY KLAUSNER
United States District Judge